PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 FEB 22  AM 11: 05

OFFICE OF THE CLERK

**UNITED STATES OF AMERICA**

v.

**Docket # 4:05CR3068**

**Deborah Lammers**

On March 25, 2004, Deborah Lammers was sentenced to 2 months custody, to be followed by 24 months supervised release. The period of supervised release commenced July 22, 2004. Deborah Lammers has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Deborah Lammers be discharged from supervision.

Respectfully submitted,

_____
Douglas D. Steensma
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __22__ day of __February__, 2006.

_____
The Honorable Richard G. Kopf
United States District Judge